# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ROBERT M. TIMOTHY,**

    **Plaintiff,**

vs.                                  **CASE NO. 3:11-cv-450/RS-EMT**

**OKALOOSA COUNTY, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). Plaintiff has not filed objections.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is **DISMISSED** for lack of jurisdiction.

**ORDERED** on March 28, 2012.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**