**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROBERT M. TIMOTHY,**

    **Plaintiff,**

**vs.**                         **CASE NO. 3:11-cv-450/RS-EMT**

**OKALOOSA COUNTY, et al.,**

    **Defendants.**
_____ /

**<u>ORDER</u>**

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 16).

Plaintiff has not filed objections.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is

    incorporated in this Order.

2. This case is **DISMISSED** for lack of jurisdiction.

**ORDERED** on March 28, 2012.

                       <u>/S/ Richard Smoak</u>
                       **RICHARD SMOAK**
                       **UNITED STATES DISTRICT JUDGE**